TEWES, Respondent, v. NORTH GERMAN LLOYD S. S. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 28, 1905.) Action by Emma Tewes against the North German Lloyd Steamship Company. No opinion. Judgment and order affirmed, with costs.

TEWES, Respondent, v. NORTH GERMAN LLOYD S. S. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 28, 1905.) Action by Theodore Tewes against the North German Lloyd Steamship Company. No opinion. Judgment and order affirmed, with costs.

THORY, Appellant, v. LINDSEY et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Emma Thory (formerly Emma Lindsey) against Thomas Lindsey, Harry Beeton, and Louise Beeton. No opinion. Judgment affirmed, with costs.

TIGHE, Respondent, v. O'REILLY, Appellant. (Supreme Court, Appellate Division, First Department. April 20, 1905.) Action by Emma F. Tighe against Thomas J. O'Reilly. J. R. Halsey, for appellant. J. E. Kelly, for respondent.
PER CURIAM. Judgment reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, etc., to the sum of $1,655.79, in which event, judgment, as so modified, and order, affirmed, without costs.

TISDALE, Appellant, v. KARNS, Respondent. (Supreme Court, Appellate Division, First Department. April 20, 1905.) Action by Edward W. Tisdale against Benjamin F. Karns. W. M. Williams, for appellant. A. Ritchie, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

TISDALE v. KARNS. (Supreme Court, Appellate Division, First Department. May 20, 1905.) Action by Edward W. Tisdale against Benjamin F. Karns. No opinion. Motion denied, with $10 costs.

TOMPKINS et al., Respondents, v. FONDA GLOVE LINING CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Action by Albert Tompkins and another against the Fonda Glove Lining Company. No opinion. Judgment and order unanimously affirmed, with costs.

TRUMBULL, Respondent, v. PALMER et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 5, 1905.) Action by Lena M. Trumbull against F. B. Palmer, as president, etc., and others. No opinion. Motion denied.

UNDERHILL, Respondent, v. AMERICAN LAW BOOK CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Harry C. Underhill against the American Law Book Company. No opinion. Order affirmed, with $10 costs and disbursements.

UNDERWOOD et al., Respondents, v. GREENWICH INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 20, 1905.) Action by William J. Underwood and others against the Greenwich Insurance Company. J. Notman, for appellant. G. Richards, for respondents. No opinion. Judgment affirmed, with costs.

In re VAN WINKLE. (Supreme Court, Appellate Division, Second Department. April 28, 1905.) In the matter of the application of Kingsland Van Winkle for admission to the bar. No opinion. Application granted.

VAN ZANDT, Respondent, v. NEW YORK CITY RY. CO., Appellant (five cases). (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Actions by Frederick N. Van Zandt against the New York City Railway Company. No opinion. Reargument ordered, and cases set down for June 7, 1905.

VERNON, Respondent, v. METROPOLITAN FIRE PROOFING CO., Appellant. (Supreme Court, Appellate Division. First Department. April 7, 1905.) Action by David Vernon against the Metropolitan Fire Proofing Company. H. B. Closson, for appellant. E. Crandall, for respondent.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
VAN BRUNT, P. J., and LAUGHLIN, J., dissent.

VERNON v. METROPOLITAN FIRE PROOFING CO. (Supreme Court, Appellate Division, First Department. May 12, 1905.) Action by David Vernon against the Metropolitan Fire Proofing Company. No opinion. Motion denied, with $10 costs.

VILLANI, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 20, 1905.) Action by Benedetto Villani against the Erie Railroad Company. H. Hindes, for appellant. F. B. Jennings, for respondent. No opinion. Exceptions overruled, and judgment ordered dismissing complaint, with costs.

VILLAUME, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. May 20. 1905.) Action by Henry Villaume against the city of New York and another. J. W. Bryant, for appellant. W. D. Gaillard, for respondents. No opinion. Judgment affirmed, with costs.

VINGUT et al. v. KETCHAM et al. (Supreme Court, Appellate Division, Second Department. May 5, 1905.) Action by George F. Vingut and Henry K. Vingut, as trustees, etc., against James W. Ketcham and others.
PER CURIAM. Motion to open default granted, on condition that the appellant perfect his appeal within 10 days, and give an undertak-